■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CHAPARRO, Appellant. [667 NYS2d 349] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered October 28, 1994, convicting defendant, after a nonjury trial, of manslaughter in the first degree, criminal use of a firearm in the first degree, criminal possession of a weapon in the second and third degrees and grand larceny in the fourth degree, and sentencing him to concurrent terms of 8⅓ to 25 years, 12½ to 25 years, 5 to 15 years, and 2⅓ to 7 years, consecutive to a term of 1⅓ to 4 years, respectively, unanimously affirmed.

The tape recording of an anonymous 911 telephone call made during the altercation, but just before the shooting, was properly admitted into evidence under the present sense impression exception to the hearsay rule because it contained a contemporaneous description of a portion of the incident and the individuals involved, and this information was sufficiently

corroborated by the consistent testimony of the police officer who arrived on the scene just seconds before the shooting (*see, People v Vasquez*, 88 NY2d 561; *People v Cook*, 220 AD2d 522, *lv denied* 87 NY2d 899). Concur—Rosenberger, J. P., Wallach, Rubin, Williams and Tom, JJ.